**98–2190.  State v. Crawford.**

Lake App. No. 97–L–245.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–2340.  Geraci v. Anderson.**

Cuyahoga App. No. 72978.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–2492.  Logan v. Ohio Adult Parole Auth.**

In Prohibition.  On November 23, 1998, relator filed a complaint in prohibition.  Whereas the complaint was not supported by an affidavit of the relator specifying the details of the claim as required by S.Ct.Prac.R. X(4)(B),

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

*Tuesday, December 1, 1998*

## MOTION DOCKET

**94–2537.  State v. Wilson.**

Lorain App. No. 92CA005396.  Upon appellant's notice that all state post-conviction proceedings are now exhausted,

IT IS ORDERED by the court that a new execution date be set.

IT IS HEREBY ORDERED by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 1st day of March, 1999, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Lorain County.

## MISCELLANEOUS DISMISSALS

**97–1831.  Leber v. Buckeye Union Ins. Co.**

Erie App. No. E–96–014.  This cause is pending before the court as an appeal from the Court of Appeals for Erie County.  Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

RESNICK, J., not participating.